IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:03-CV-436-OC-10GRJ |
| ) | |
| EDDIE RAY KAHN, a/k/a EDDIE RAY, a/k/a ) | |
| EDDIE RAY: HOUSE OF KAHN; ) | |
| MILTON HARGRAVES BAXLEY, II; ) | |
| BRYAN MALATESTA; ) | |
| KATHLEEN KAHN, a/k/a KOOKIE KAHN; ) | |
| DAVID STEPHEN LOKIETZ, a/k/a DAVID- ) | |
| STEPHEN: HOUSE OF LOKIETZ; ) | |
| AMERICAN RIGHTS LITIGATORS, a ) | |
| purported trust; GUIDING LIGHT OF GOD ) | |
| MINISTRIES, a purported corporation sole; and ) | |
| EDDIE KAHN AND ASSOCIATES, a ) | |
| purported limited liability corporation, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (EXPEDITED HEARING REQUESTED)

Using his businesses, American Rights Litigators (ARL), Guiding Light of God Ministries (GLGM), and Eddie Kahn and Associates, Eddie Ray Kahn and his associates Milton Hargraves Baxley, II, Bryan Malatesta, Kathleen Kahn, and David Stephen Lokietz, are assisting thousands in evading federal taxes and are interfering with the administration of the internal revenue laws. The United States asks that, pursuant to 26 U.S.C. §§ 7402(a) and 7408, defendants be temporarily restrained from promoting their abusive tax schemes and that the Court enter a preliminary injunction following the temporary restraining order (TRO).

Because (in addition to other schemes) the Defendants are selling counterfeit checks and bonds to their customers, who then present the checks and bonds to the IRS as "payment" for

outstanding tax liabilities, the Government seeks a TRO and an expedited hearing. A TRO would stop this fraudulent conduct—the checks and bonds total in the millions of dollars—in its tracks. The Government does not seek an *ex parte* TRO, but requests that the Court schedule a TRO hearing within seven days, at which defendants may appear and be heard. Consistent with this short deadline, the Government is attempting immediate personal service of the summons and complaint and is serving the motion, memorandum, and a compact disc containing the declarations and attachments by FedEx to each defendant for delivery tomorrow. (Paper copies of the declarations and attachments are being sent by U.S. Mail). This process will ensure the earliest possible notice.

This motion is supported by a memorandum and attached exhibits, from which all private financial information is redacted in conformance with this Court's privacy policy, posted in an April 3, 2003 Public Notice. Unredacted copies are available upon request. Consistent with the same policy, the Government is moving separately to file under seal some original documents (including original counterfeit checks). Because the documents are sealed only to prevent public disclosure of private financial information, the Government is serving a copy of the sealed

documents on defendants.

                          Respectfully submitted,

                          PAUL I. PEREZ
                          United States Attorney

                          _____
                          ANNE NORRIS GRAHAM
                          EVAN J. DAVIS
                          Trial Attorneys, Tax Division
                          U.S. Department of Justice
                          Post Office Box 7238
                          Ben Franklin Station
                          Washington, D.C.  20044
                          Tel.: (202) 353-4384
                                  514-0079
                          Fax: (202) 514-6770

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Temporary Restraining Order and Preliminary Injunction has been made upon the following by depositing a copy in the United States mail, postage prepaid, and by FedEx this 8th day of December, 2003.

Eddie Ray Kahn
32504 Wekiva Pines Boulevard
Sorrento, FL  32776-9387

Milton Hargraves Baxley, II
1929 NW 12th Terrace
Gainesville, FL  32609-3420

Bryan Malatesta
2721 North Hill Terrace
Cleburne, TX  76031-7856

Kathleen Kahn
32504 Wekiva Pines Boulevard
Sorrento, FL  32776-9387

David Stephen Lokietz
176 North Lake Franklin Drive
Mount Dora, FL  32757-5938

David Stephen Lokietz as Executive Trustee for
American Rights Litigators
440 North Donnelly Street
Mount Dora, FL  32757-5527

Eddie Kahn as Overseer for
Guiding Light of God Ministries
440 North Donnelly Street
Mount Dora, FL  32757-5527

Amie M. Bennett as Registered Agent for
Eddie Kahn & Associates
440 North Donnelly Street
Mount Dora, FL  32757-5527

_____
ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-4384