UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                           Case No.  5:03-cv-436-Oc-10GRJ

EDDIE RAY KAHN, et al.,

        Defendants.
_____/

## **O R D E R**

This case is before the Court for consideration of the United States' Motion for Summary Judgment Against Defendant Milton H. Baxley II (Doc. 141). Defendant Baxley has responded (Doc. 144) by filing an affidavit which creates a number of issues of fact sufficient to foreclose the entry of summary judgment. Accordingly, the motion for summary judgment (Doc. 141) is DENIED.

The Clerk is directed to schedule this case for trial for the trial term commencing in December of 2005 with a pretrial conference to be conducted on November 21, 2005. The parties are directed to complete discovery so that all outstanding discovery requests will be completed no later than November 1, 2005. The parties will be expected to fully comply with the local rules governing pretrial conferences, including without limitation Local Rule 3.06.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 15th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                  Maurya McSheehy
                  Milton H. Baxley II